This tab shows accessibility issues, indicating problems for older users, people with disabilities or accessibility needs. Automated testing cannot detect all accessibility issues, so should be used alongside human testing.

| Level | WCAG 2.1 | Section 508 - 2017 | Key | |
|---|---|---|---|---|
| A | 🔴 | 🔴 | 🔴 | Pages with level A issues are unusable for some people |
| AA | 🟡 | 🟡 | 🟡 | Pages with level AA issues are very difficult to use |
| AAA | 🟠 | | 🟠 | Pages with level AAA issues can be difficult to use |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

## Level A

12 issues on 173 pages

| | | | |
|---|---|---|---|
| 🔴 | Clickable controls should be keyboard accessible. | WCAG 2.1 A F15<br>Section 508 (2017) A F15 | 7 pages |
| | Add `tabindex=0` to allow keyboard users to tab to the control. | 4.1.2 | |
| | https://lifekind.com/products/metta-organic-mattress | Line 4941 | |
| | https://lifekind.com/products/plush-certified-organic-latex-mattress-the-lassen | Line 4591 | |
| | https://lifekind.com/products/the-combo-natural-rubber-innerspring-organic-mattress-2-sided-flippable | Line 4611 | |
| | https://lifekind.com/products/the-euro-natural-rubber-organic-mattress | Line 4757 | |
| | https://lifekind.com/products/the-euro-soft-top-natural-rubber-organic-mattress | Line 4757 | |
| | https://lifekind.com/products/the-traditional-certified-organic-innerspring-mattress | Line 4611 | |
| | https://lifekind.com/products/the-trio-natural-rubber-layered-organic-mattress | Line 4591 | |
| 🔴 | Clickable controls should have an ARIA role. | WCAG 2.1 A F54<br>Section 508 (2017) A F54 | 7 pages |
| | Controls that respond to clicks should be given an ARIA role such as `role=button` or `role=link`. `div`, `span` and `a` elements without an `href` attribute have no semantic role. | 2.1.1 | |
| | https://lifekind.com/products/metta-organic-mattress | Line 4941 | |
| | https://lifekind.com/products/plush-certified-organic-latex-mattress-the-lassen | Line 4591 | |
| | https://lifekind.com/products/the-combo-natural-rubber-innerspring-organic-mattress-2-sided-flippable | Line 4611 | |
| | https://lifekind.com/products/the-euro-natural-rubber-organic- | Line 4757 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | mattress | | |
| | https://lifekind.com/products/the-euro-soft-top-natural-rubber-organic-mattress | Line 4757 | |
| | https://lifekind.com/products/the-traditional-certified-organic-innerspring-mattress | Line 4611 | |
| | https://lifekind.com/products/the-trio-natural-rubber-layered-organic-mattress | Line 4591 | |
| 🔴 | Element `summary` not allowed as child element in this context. | HTML5 WCAG 2.1 A 1.3.1 Section 508 (2017) A 1.3.1 | 7 pages |
| 🔴 | Headings should not be empty. | WCAG 2.1 A 1.3.1 Section 508 (2017) A 1.3.1 | 3 pages |
| | Add visible text to the heading, or `alt` text if the heading contains an image. Screen readers read out page headings, allowing users to quickly skip to a section, but some older screen readers do not ignore empty headings. | | |
| | https://lifekind.com/pages/learn | Line 3063 | |
| | https://lifekind.com/pages/learn?view=story | Line 3063 | |
| | https://lifekind.com/pages/organic-certifications | Line 3485 | |
| 🔴 | HTML form control has no accessible name. | WCAG 2.1 A F68 Section 508 (2017) A F68 4.1.2 | 8 pages |
| | A label (or name) linked to the control allows screen readers to voice the label correctly when reading the control. To add a label do one of the following:<br>• Use a `label` element with the `for` attribute set to the ID of the form control<br>• Wrap a `label` element around the form control<br>• Add a `title` attribute<br>• Add an `aria-label` attribute<br>• Add an `aria-labelledby` attribute | | |
| | https://lifekind.com/cart | Line 3526 4000 4028 4366 4845 ... | |
| | https://lifekind.com/products/metta-organic-mattress | Line 5340 5472 5521 5759 5888 ... | |
| | https://lifekind.com/products/plush-certified-organic-latex-mattress-the-lassen | Line 4990 5122 5171 5571 5703 ... | |
| | https://lifekind.com/products/the-combo-natural-rubber-innerspring-organic-mattress-2-sided-flippable | Line 5010 5142 5191 5591 5723 ... | |
| | https://lifekind.com/products/the-euro-natural-rubber-organic-mattress | Line 5156 5288 5337 5737 5869 ... | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://lifekind.com/products/the-euro-soft-top-natural-rubber-organic-mattress | Line 5156 5288 5337 5737 5869 ... | |
| | https://lifekind.com/products/the-traditional-certified-organic-innerspring-mattress | Line 5010 5142 5191 5591 5723 ... | |
| | https://lifekind.com/products/the-trio-natural-rubber-layered-organic-mattress | Line 4990 5122 5171 5571 5703 ... | |
| 🔴 | Identify row and column headers in data tables using `th` elements, and mark layout tables with `role=presentation`. | WCAG 2.1 A F91<br>Section 508 (2017) A F91 | 7 pages |
| 🔴 | `img` elements must have an accessible name. | WCAG 2.1 A F65<br>Section 508 (2017) A F65 | 174 pages |
| 🔴 | Links must have an accessible name. | WCAG 2.1 A F89<br>Section 508 (2017) A F89<br>2.4.4 2.4.9 4.1.2 | 122 pages |

A link name allows screen readers to voice what the links does. If there is no link content, or the link content is hidden by CSS, screen readers have nothing to read, so read out the URL instead. To add a name do one of the following:

- Add text between the `a` element start and end tags
- Add an `aria-label` attribute
- Add an `aria-labelledby` attribute
- Add an `img alt` attribute labeling the link if it contains an `img` element

| | | |
|---|---|---|
| https://lifekind.com/ | Line 4637 4655 | |
| https://lifekind.com/cart | Line 21048 21082 | |
| https://lifekind.com/collections/all | Line 7847 7881 | |
| https://lifekind.com/collections/bed-blankets-throws-linens | Line 6321 6355 | |
| https://lifekind.com/collections/foundations | Line 4969 5003 | |
| https://lifekind.com/collections/home-care | Line 7808 7842 | |
| https://lifekind.com/collections/organic-baby | Line 7876 7910 | |
| https://lifekind.com/collections/organic-bedding | Line 7978 8012 | |
| https://lifekind.com/collections/organic-bedding/Pillow | Line 7286 7320 | |
| https://lifekind.com/collections/organic-bedding/Protection | Line 4816 4850 | |
| https://lifekind.com/collections/organic-bedding/Topper | Line 5268 5302 | |
| https://lifekind.com/collections/organic-mattresses | Line 6288 6322 | |
| https://lifekind.com/collections/organic-mattresses/Hybrid | Line 4630 4664 | |
| https://lifekind.com/collections/organic-mattresses/Innerspring | Line 4909 4943 | |
| https://lifekind.com/collections/organic-mattresses/Latex | Line 6007 6041 | |
| https://lifekind.com/collections/organic-mattresses-organic-bedding | Line 8015 8049 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://lifekind.com/collections/personal-care | Line 6088 6122 | |
| | https://lifekind.com/collections/pet | Line 5220 5254 | |
| | https://lifekind.com/collections/sale | Line 8006 8040 | |
| | https://lifekind.com/products/the-wooly-organic-pillow-top | Line 5917 5951 | |
| | This issue was found on another 102 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition. | | |
| 🔴 | The `aria-owns` attribute must point to IDs of elements in the same document. | HTML5 WCAG 2.1 A 1.3.1 Section 508 (2017) A 1.3.1 | 174 pages |
| 🔴 | This element uses JavaScript to behave like a link. Links like this cannot be tabbed to from the keyboard and are not read out when screen readers list the links on a page. | WCAG 2.1 A F42 Section 508 (2017) A F42 | 7 pages |
| 🔴 | This page uses nested tables, which do not make sense when read in a screen reader. | WCAG 2.1 A F49 Section 508 (2017) A F49 | 7 pages |
| 🔴 | Use the `lang` attribute to identify the language of the page. | WCAG 2.1 A 3.1.1 Section 508 (2017) A 3.1.1 | 1 pages |

## Level AA

3 issues on 172 pages

| | | | |
|---|---|---|---|
| 🟠 | Ensure that text and background colors have enough contrast. | WCAG 2.1 AA 1.4.3 Section 508 (2017) AA 1.4.3 | 174 pages |
| 🟠 | If you set any of the colors on the `body` or `a` elements you must set all of them. | WCAG 2.1 AA F24 Section 508 (2017) AA F24 | 88 pages |
| 🟠 | The CSS outline or border style on this element makes it difficult or impossible to see the link focus outline. | WCAG 2.1 AA F78 Section 508 (2017) AA F78 | 51 pages |

## Level AAA

4 issues on 172 pages

| | | | |
|---|---|---|---|
| 🟡 | Avoid specifying a new window as the target of a link with `target=_blank`. | WCAG 2.1 AAA F22 | 174 pages |
| 🟡 | Ensure that text and background colors have a 7:1 contrast ratio. | WCAG 2.1 AAA 1.4.6 | 150 pages |
| 🟡 | Link uses general text like 'Click Here' which doesn't explain link purpose. | WCAG 2.1 AAA F84 | 174 pages |
| 🟡 | Several links on a page share the same link text, but go to different destinations. | WCAG 2.1 AAA 2.4.9 | 16 pages |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

## Informative

These messages are for information only and do not indicate errors or conformance problems

| ○ | `role` is ignored on this element. | [ARIA 1.2 Role Conflict](#) | 1 pages |