UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN COMPETELLO, on behalf of herself and
all others similarly situated,

      Plaintiff,

vs.                                                Case No. 1:24-cv-03527-JGK

LIFEKIND, INC.,

      Defendant,
_____/

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Giulia C. Farrior hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant, Lifekind, Inc., in the above-captioned action.

I am in good standing of the bar of the State of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Respectfully submitted June 12, 2024.

*/s/ Giulia C. Farrior*
Giulia C. Farrior
Florida Bar No. 1011300
gfarrior@allendyer.com
ALLEN, DYER, DOPPELT
+ GILCHRIST, P.A.
121 Alhambra Plz., Suite 1250
Coral Gables, FL  33134
Telephone:    (305) 374-8303
Facsimile:    (305) 374-8306