```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SUSAN COMPETELLO,

                Plaintiff,

- against -

LIFEKIND, INC.,

                Defendant.

24-cv-3527 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

    The parties are directed to submit a letter by **July 19, 2024**, regarding the scope of expedited discovery and the proposed briefing schedule for the motion to dismiss.

SO ORDERED.

Dated:    New York, New York
           July 17, 2024

                                            _____
                                              John G. Koeltl
                                         United States District Judge